1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8

9  Lloyd Lepochat,                        CV-N-06-00300-HDM(RAM)

10         Plaintiff,

11  vs.                                   ORDER ADOPTING
                                          MAGISTRATE JUDGE'S
12  Michael J. Astrue,                    REPORT AND RECOMMENDATION
    Commissioner, Social Security
13  Administration

14         Defendant.
    _____/
15

16         The Court has considered the report and recommendation of the

17  United States Magistrate Judge (#10) filed on September 26, 2007,in

18  which the Magistrate Judge recommends that this Court enter an

19  order denying Plaintiff's Motion for Reversal of the Commissioner's

20  Decision (#8) and granting Defendant's Cross-Motion to Affirm the

21  Commissioner's Final Decision (#9).  The Court has considered the

22  pleadings and memoranda of the parties and other relevant matters

23  of record and has made a review and determination in accordance

24  with the requirements of 28 U.S.C. § 636 and applicable case law,

25  and good cause appearing, the Court hereby

26  / / /

ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#10).

The Plaintiff's Motion for Reversal of the Commissioner's Decision (#8) is DENIED and Defendant's Motion to Affirm the Commissioner's Final Decision (#9) is GRANTED.

It is so ORDERED.

Dated this ___18th___ day of December, 2007.


_____
UNITED STATES DISTRICT JUDGE

2